UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ESQUIVEL-BAHENA,<br><br>Plaintiff,<br><br>v.<br><br>I. CHAVEZ, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00291-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. 9 |

Plaintiff Alejandro Esquivel-Bahena appears pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2026, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed, without prejudice, for plaintiff's failure to comply with the Local Rules and failure to prosecute. Doc. 9. Any objections were to be filed within 14 days. *Id*. at 5-6. To date, no objections have been filed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

*//*

Accordingly:

1. The findings and recommendations issued on January 21, 2026, Doc. 9, are adopted in full; and

2. This action is dismissed, without prejudice, for plaintiff's failure to obey the Local Rules and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 5, 2026

_____
UNITED STATES DISTRICT JUDGE